UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
2011 APR 15  P 1: 33
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| PATRICK COLLINS, INC. <br> A CALIFORNIA CORPORATION | * |
| Plaintiff, | * |
| v. | * CA NO: 1:11cv406 GBL/TRJ |
| DOES 1 – 35 | * JURY DEMAND |
| Defendants. | * |

## NOTICE

PLEASE TAKE NOTICE that on Friday, April 22, 2011, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the Plaintiff will present to the Court the Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Respectfully submitted,

PATRICK COLLINS, INC.

DATED: April 15, 2011

By: _Charles C Maddox_
Charles C. Maddox, Esquire #40365

_Jon A. Hoppe_
Jon A. Hoppe, Esquire
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580