## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **PATRICK COLLINS, INC.,** | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:11-CV-00406-GBL-TRJ |
| **JOHN DOES 1-35,** | * | |
| Defendants | * | |

### NOTICE OF VOLUNTARY DISMISSAL OF DOE 25

PLEASE TAKE NOTICE that Doe 25 not having filed an answer or motion for summary judgment, the Plaintiff hereby voluntarily dismisses Doe 25 from the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

PATRICK COLLINS, INC.

**DATED: September 6, 2011**

By:   _/s/ Charles C. Maddox_____
     Charles C. Maddox, Esquire #40365
     Counsel
     Maddox, Hoppe, Hoofnagle &
        Hafey, L.L.C.
     1401 Mercantile Lane #105
     Largo, Maryland 20774
     (301) 341-2580

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 6th day of September, 2011, because the Doe 25 has sealed any identifying information from the public view, Plaintiff is unable to personally serve the Doe 25 with this Dismissal.

_/s/ Charles C. Maddox_____
Charles C. Maddox